**Dismiss and Opinion Filed August 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00137-CV**

**SCOTT MAGIDS AND ALEXIS MAGIDS, Appellants**
**V.**
**HENRY'S PLANO PRIVATE CLUB, RESTAURANTS UNLIMITED**
**TEXAS, INC., AND RESTAURANTS UNLIMITED, INC, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04410-2019**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Smith
Opinion by Justice Molberg

By joint motion the parties request we dismiss this appeal with prejudice. We

grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

210137f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SCOTT MAGIDS AND ALEXIS
MAGIDS, Appellant

No. 05-21-00137-CV       V.

HENRY'S PLANO PRIVATE
CLUB, RESTAURANTS
UNLIMITED TEXAS, INC., AND
RESTAURANTS UNLIMITED,
INC, Appellee

On Appeal from the 296th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 296-04410-
2019.
Opinion delivered by Justice
Molberg. Justices Schenck and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered this 23rd day of August 2022.